

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MMS/LXN
F.#2010R01079

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 10, 2012

By ECF & Hand

TO: Attached Counsel List

     Re:  United States v. Barisciano, <u>et al</u>.
            Criminal Docket No. 11-413 (SLT)

Dear Counsel:

     Enclosed please find one CD containing the government's continued discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The materials include text messages sent by Justin Doyle, obtained pursuant to a court-authorized wiretap, and bearing Bates numbers JD WT 1-11.

     Please also consider this letter to be the government's request for reciprocal discovery.  If you have any questions or further requests, please do not hesitate to contact us.

            Very truly yours,

            LORETTA E. LYNCH
            United States Attorney
            Eastern District of New York

By:      /s/
            Marisa Megur Seifan/Lan Nguyen
            Assistant U.S. Attorneys
            (718) 254-6008/6162

cc:  Clerk of Court (SLT)(w/out enclosures)

**<u>Counsel List for United States v. Barisciano, et al., 11-CR-413</u>**

Joseph Patten Brown, III, Esq.
Law Office of Pat Brown
110 Wall Street, 11th Floor
New York, NY 10005

Raymond L. Colon, Esq.
Law Office of Raymond L. Colon
233 Broadway, 5th Floor
New York, NY 10279

Donald D. DuBoulay, Esq.
401 Broadway, 25th Floor
New York, NY 10013

Leo V. Duval, Esq.
885 Annadale Road
Staten Island, NY 10312

Felix Gilroy, Esq.
60 Bay Street
Staten Island, NY 10301

Lance Lazzaro, Esq.
Lazzaro Law Firm, P.C.
360 Court St., Suite 3
Brooklyn, NY 11231

John J. Orlando, Esq.
8118 13th Avenue
Brooklyn, NY 11228

Joseph V. Sorrentino, Esq.
Law Offices of Joseph V. Sorrentino, Esq.
404 Manor Road
Staten Island, NY 10314

Peter J. Tomao, Esq.
226 Seventh Street
Suite 302
Garden City, NY 11530